UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

MILES GUPTILL,
    Plaintiff,

VS

                        Case No. 1:22-cv-11-CLC-CHS

CITY OF CHATTANOOGA and
OFFICER JOEL GUNN (Individually and
Official Capacity),
    Defendants.

## NOTICE OF WITHDRAWAL OF DOCUMENT

Counsel for the Plaintiff would respectfully request to Withdraw Document No. 49 – *Report of Rule 26(f) Planning Meeting*, which was erroneously filed in this matter. The document was to be uploaded into another matter currently being handled by counsel, however, it was erroneously uploaded and filed in this incorrect case.

                RESPECTFULLY SUBMITTED,

                **MCKOON, WILLIAMS, ATCHLEY
                & STUCLE, PLLC**

By:     */s/ James R. McKoon*
                **JAMES R. McKOON, BPR #009554**
                *Attorneys for Plaintiff*
                633 Chestnut Street, Suite 1500
                Chattanooga, TN 37450
                (423) 756-6400/fax: (423) 756-8600
                Email: jmckoon@mwalawfirm.com

## CERTIFICATE OF SERVICE

       I, the undersigned, hereby certify that on this the 29th day of March, 2023, a copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system as set forth in the electronic filing receipt. All other parties will be served by hand delivery or U.S. Mail as set forth below. Parties may access this filing through the Court's electronic filing system.

BY: _/s/ James R. McKoon_
McKoon, Williams, Atchley & Stulce, PLLC