UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| MILES GUPTILL, | ) |
| | ) |
|    *Plaintiff*, | ) |
| | )   Case No.: 1:22-cv-11-CLC-CHS |
| v. | ) |
| | )   Judge Collier |
| CITY OF CHATTANOOGA, and | ) |
| OFFICER JOEL GUNN (Individually | ) |
| and Official Capacity), | ) |
| | ) |
|    *Defendants*. | ) |

## O R D E R

Before the Court is a motion by Plaintiff, Miles Guptill, to strike the affidavit of Ronald Zirk. (Doc. 83.) Defendant City of Chattanooga has responded. (Doc. 87.)

For the reasons discussed in the accompanying memorandum, Plaintiff's motion (Doc. 83) is **DENIED**.

    **SO ORDERED.**

    **ENTER.**

/s/ _____
**CURTIS L. COLLIER**
**UNITED STATES DISTRICT JUDGE**