UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| MILES GUPTILL, | ) |
| | ) |
| *Plaintiff*, | ) |
| | ) Case No.: 1:22-cv-11-CLC-CHS |
| v. | ) |
| | ) Judge Collier |
| CITY OF CHATTANOOGA, and | ) |
| OFFICER JOEL GUNN (Individually | ) |
| and Official Capacity), | ) |
| | ) |
| *Defendants.* | ) |

## JUDGEMENT ORDER

Before the Court is a motion for summary judgment by Defendant City of Chattanooga ("City of Chattanooga"). (Doc. 76.) Plaintiff, Miles Guptill ("Plaintiff"), has responded. (Doc. 81.) Defendant City of Chattanooga has replied. (Doc. 92.)

For the reasons discussed in the accompanying memorandum, Defendant City of Chattanooga's motion for summary judgment is **GRANTED** as to Plaintiff's claims of *Monell* liability based on failure to train, failure to supervise, and a custom of tolerance of federal right violations. Plaintiff's federal claims based on *Monell* will be **DISMISSED WITH PREJUDICE**. Because no federal question remains, the Court **DECLINES** to exercise supplemental jurisdiction over Plaintiff's remaining state law claim. Plaintiff's state law claim against Defendant City of Chattanooga for malicious harassment is **DISMISSED WITHOUT PREJUDICE**.

SO ORDERED.

ENTER.

/s/
**CURTIS L. COLLIER**
**UNITED STATES DISTRICT JUDGE**

ENTERED AS A JUDGMENT
*/s/ LeAnna R. Wilson*
CLERK OF COURT