UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

MILES GUPTILL,                                    )
                                                  )
        *Plaintiff*,                              )
                                                  )        Case No.: 1:22-cv-11-CLC-CHS
v.                                                )
                                                  )        Judge Collier
CITY OF CHATTANOOGA, and                          )
OFFICER JOEL GUNN (Individually                   )
and Official Capacity),                           )
                                                  )
        *Defendants*.                             )

## **JUDGEMENT ORDER**

On January 30, 2024, the Court Ordered that Defendant Officer Joel Gunn ("Defendant Gunn") be granted summary judgment as to Plaintiff's federal 42 U.S.C. § 1983 excessive force claim and denied summary judgment as to Plaintiff's state law claims for malicious harassment and common law assault and battery.  (Doc. 128.)

The federal courts "are courts of limited jurisdiction and have a continuing obligation to examine their subject matter jurisdiction throughout the pendency of every matter before them." *In re Wolverine Radio Co.*, 930 F.2d 1132, 1137 (6th Cir. 1991).   Under 28 U.S.C. §1367 the Court "may decline to exercise supplemental jurisdiction over a claim . . . if (3) the district court has dismissed all claims over which it has original jurisdiction . . . ."

Here, the Court has dismissed Plaintiff's federal § 1983 excessive force claim and no federal question remains.   Accordingly, the Court **DECLINES** to exercise supplemental jurisdiction over Plaintiff's remaining state law claims.  Plaintiff's state law claims for malicious harassment and common law assault and battery are **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED.**

**ENTER.**

**/s/**

**CURTIS L. COLLIER**
**UNITED STATES DISTRICT JUDGE**

ENTERED AS A JUDGMENT
*/s/ LeAnna R. Wilson*
CLERK OF COURT